## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK J. MELCHIORRE                     :
                                       :
                    **Plaintiff,**     :
          **v.**                       :   **3:20-CV-41**
                                       :   **(JUDGE MARIANI)**
**MIDLAND CREDIT MANAGEMENT**          :
                                       :
                    **Defendant.**     :

### ORDER

**AND NOW, THIS** ___27th___ **DAY OF AUGUST, 2020,** upon review of Magistrate

Judge Carlson's Report and Recommendation ("R&R") (Doc. 10) for clear error or manifest

injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 10) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to renewal

   should Plaintiff comply with the Court's orders and provide proof of service upon

   Defendant Midland Credit Management.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge